JOHN COLWELL
Name 33742

Northern Nevada Correctional Center

P.O. Box 7000, CARSON CITY, NEVADA 89702
Prison Number

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 5 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN COLWELL, )<br>       Plaintiff, )<br> )<br>vs. )<br> )<br>Robert Bannister, )<br>Medical Director NDOC )<br>Howard Skolnik, Director )<br>Nevada Department of )<br>    5 JOHN DOES )<br>Corrections  5 JANE DOES )<br>Et. Al.  Defendant(s). ) | **3:10-cv-00669**<br><br>CASE NO. _____<br>(To be supplied by the Clerk)<br><br>**CIVIL RIGHTS COMPLAINT<br>PURSUANT TO<br>42 U.S.C. § 1983**<br><br>JURY TRIAL DEMANDED |

## A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, JOHN COLWELL
                                                              (Print Plaintiff's name)

who presently resides at Northern Nevada Correction Center, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Said N.N.CC, NSP on the following dates
                        (institution/city where violation occurred)

_____, _____ , and _____.
    (Count I)             (Count II)            (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant Robert Bannistr resides at Northern Nevada Correction Center
　　　　(full name of first defendant)　　　　　(address if first defendant)
and is employed as MEDICAL DIRECTOR . This defendant is sued in his/her
　　　　　　　　　(defendant's position and title, if any)
　X individual 　Y official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: Defendant Bannistr was acting undr Color
of law when he denied Plaintiff A serious AND LIFE
THREATENING MEDICAL PROCEDURE

3) Defendant HOWARD SKOLNIK resides at NDOC CENTRAL OFFICE
P.O. Box 711 CARSON CITY
　　　　(full name of first defendant)　　　　　(address if first defendant)　89702
and is employed as DIRECTOR, NDOC . This defendant is sued in his/her
　　　　　　　　　(defendant's position and title, if any)
　X individual 　X official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: Defendant Skolnik is responsible at all times
for the actions of Defendant Bannistr

4) Defendant To be named at resides at a latr date,
　　　　(full name of first defendant)　　　　　(address if first defendant)
and is employed as _____ . This defendant is sued in his/her
　　　　　　　　　(defendant's position and title, if any)
___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _____

_____

5) Defendant To be named resides at at a latr date,
　　　　(full name of first defendant)　　　　　(address if first defendant)
and is employed as _____ . This defendant is sued in his/her
　　　　　　　　　(defendant's position and title, if any)
___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _____

_____

2

6) Defendant _To be named at_ resides at _a latr dale_ ,
        (full name of first defendant)           (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

28 USC X 1915 (e) (1), 28 USC X 3626 (A)
and F.A.C.P. 65 (A)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)     Briefly state the background of your case.

Plaintiff is a 63 year old prisoner, who due to his cataract has total blindness in right eye. This was originally diagnosed in 2003. On or about 09/12/09 Plaintiff requested eye exam and cataract consult. 10/06/09 Plaintiff examined by Dr. Fischr, at Lovelock Correctional Centr. Dr Fischr stated that there was no damage to ® eye and he was recommending cataract consult. 02/17/10 Plaintiff was informed that a Dr. Scott had discontinued cataract consult order on 09/13/09. 02/18/10 Plaintiff was told by Dr Geddny. "you don't fit the criteria" and there is a "one eye only" policy with NDOC. The grievance process

- - - - - - - - - - - - - - - - - - - - - - - - - - (continued on pg 3A)

## C. CAUSE OF ACTION

3

1.) continued from page 3

was started on 02/22/10. Informal Grievance response was cataract surgery is "cosmetic/elective" surgery is "non-essential" despite recommendation from Dr. Fischer. "It is not considered for repair" by Utilization Review.

First level grievance filed 03/20/10. The response was "surgery at present non-essential"

Second level grievance filed 04/20/10. The response on 06/15/10 "cataract surgery is not an emergency" "You should be evaluated periodically the degree of impairment"

Plaintiff by Administrative Regulation allowed only one hour per calendar year to review medical records.

On 05/11/10 a response by John Keast CNII stated that medical records are missing.

October 2001. During yearly physical with Dr. Synder, Plaintiff complained of total loss of vision in right eye. Cataract consult was ordered.

October 23, 2002 Plaintiff was escorted to private physicians in Carson City (name in lost medical records) Physician recommended cataract surgery stating "it's the worst cataract I've seen in a while".

On September 17 and September 23, 2003 Utilization Review Panel refused cataract surgery

October 2003 Grievance process was started Copies of all levels of Grievances are available

Defendants conduct is extreme and outrageous because they are in a special relationship toward Plaintiff and behaved with medical indifference

3A

**COUNT I**

The following civil rights has been violated: Violation of the Eight Amendment and 42 USC § 1983 and Fourteenth Amendment

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

The actions of Defendants from October 2001 through June 17, 2010 as set forth violated Plaintiff's constitutional protection against cruel and unusual punishment. The described actions and omissions, engaged under color of state law by Dr. Scott, Dr Snyder, and Dr Bannister individually collectively, egregiously as above set out with willful indifference to deliberate disregard for statutory civil rights of Plaintiff deprived him of rights, privileges and immunities guaranteed by the eighth amendment to the United States and 42 USC § 1983 for which defendants are individually liable. Based on information and belief the official policy at NDOC is to remove cataracts in one eye only. Sight in one eye is what a prisoner receives. Based on information and belief this policy results from NDOC's

(cont in 4A)

4

Supporting Facts (Continued)

Lack of Funds. I now have total loss of vision in right eye. I bump into metal bunk and other protruding metal door jams. I also bump into other inmates and people from time to time. I have had heated arguements with other prisoners. Almost resulting in fights. My left eye tires when reading or watching tv. My eye is blinded by the light.

4A

**COUNT II**

The following civil rights has been violated: Violation of Constitutional Rights (Injuctive and Declaratory Relief

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff is entitled to medical treatment upon his conviction and confinement within NDOC. Defendants Dr Bannistr. M.D. and Howard Skolnik, Directr NDOC individually and collectively egregiously failed promptly to provide plaintiff with such medical relief / treatmet

Defendants breached their "Special Relationship" by not following their own physicians and consultants recommendatus. The NDOC ordered consultant ophthalmologist recommended cataract surgery on 09/23/02. Plaintiff has total loss of visins, pains and suffering and possible permanet injury

5

## COUNT III

The following civil rights has been violated: _____

_____

_____

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  _____ Yes  _X_ No.  If your answer is "Yes", describe each lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)  Defendants: _____ n│a _____

b)  Name of court and docket number: _____

c)  Disposition (for example, was the case dismissed , appealed or is it still pending?):

_____

d)  Issues raised: _____
       _____ n│a _____
       _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

2)  Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes  ✗ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____ n│a _____.

b)  Name of court and case number: _____ n│a _____.

c)  The case was dismissed because it was found to be (check one): n│a frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____ n│a _____
       _____

e)  Approximate date it was filed: ____ n│a _____

f)  Approximate date of disposition: ____ n│a _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____ n│a _____.

b)  Name of court and case number: ____ n│a _____.

7

c)     The case was dismissed because it was found to be (check one): _n/a_ frivolous _n/a_ malicious or _n/a_ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____n/a_____

e)     Approximate date it was filed: _____n/a_____

f)     Approximate date of disposition: ____n/a_____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: ___Not applicable_____.

b)     Name of court and case number: ____n/a_____.

c)     The case was dismissed because it was found to be (check one): _____ frivolous _n/a_ malicious or _n/a_ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____n/a_____

e)     Approximate date it was filed: _____n/a_____

f)     Approximate date of disposition: ____n/a_____

3)     Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) _n/a_ disciplinary hearing; (2) _n/a_ state or federal court decision; (3) _n/a_ state or federal law or regulation; (4) ._____ parole board decision; or (5) _n/a_ other _____

If your answer is "Yes", provide the following information. Grievance Number _20062893914_

Date and institution where grievance was filed _02/22/10 NNCC and_
(2) _1746 10/04/03 at Nevada State Prison_

Response to grievance: _Cataract surgery is elective/cosmetic not considered for repair by Utilization Review (2) You are being treated according NDOC policy_

8

————————————————————————

————————————————————————

- - - - - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1. Injuction ordering Plaintiff to be immediately examined by qualified ophthalmologist to ascertain a candidate for cataract surgery. That said surgery be ordered 2. Deloratine judgement that policies, practices, and acts complained of therein are illegal ad unconstitional 3 Compensatory damages be determined at trial.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_John Colwell_
(Signature of Plaintiff)

_October 19, 2010_
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

————————————————————————

————————————————————————

9