FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 6 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN COLWELL, | 3:10-cv-00669-LRH (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 26, 2011 |
| ROBERT BANNISTER, et. al., | |
| Defendants. | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK: __JENNIFER COTTER__     REPORTER: NONE APPEARING

__COUNSEL FOR PLAINTIFF(S): NONE APPEARING__

__COUNSEL FOR DEFENDANT(S): NONE APPEARING__

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Strike First Amended Complaint (Doc. #30).

A review of the docket in this case indicates that Defendants filed an Answer to the Complaint on March 7, 2011 (Doc. #11) and the Amended Complaint (Doc. #29) was not filed until August 12, 2011.

Fed. R. Civ. P. 15(a) provides that after an answer has been filed "a party may amend its pleading only with the opposing party's written consent or the court's leave." Plaintiff did not obtain leave of court or written consent of the Defendants prior to filing the Amended Complaint. Moreover, Plaintiff's amendment is untimely. The court entered a scheduling order in this case on March 7, 2011, providing that any amendments to pleadings as provided for under Fed.R.Civ.P. 15, or motions for leave to amend, shall comply with Local Rule 15-1 and shall be filed and served within sixty (60) days from the date of the scheduling order. (*See* Doc. # 13 at 1.)

Defendants' Motion to Strike Plaintiff's First Amended Complaint (Doc. #30) is **GRANTED**. The First Amended Complaint filed by Plaintiff (Doc. # 29) shall be **STRICKEN** and the Clerk shall return the First Amended Complaint to Plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
     Deputy Clerk