1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                    * * * * *

9    JOHN COLWELL,                        )
                                          )
10                Plaintiff,              )              3:10-cv-00669-LRH-WGC
                                          )
11   v.                                   )
                                          )              O R D E R
12   ROBERT BANNISTER, *et al.*,          )
                                          )
13                Defendants.             )
     _____ )

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate William G. Cobb

16   (#41[1]) entered on December 8, 2011, recommending denying Plaintiff's Motion for Preliminary

17   Injunction (#16) filed on May 5, 2011.  No objection to the Report and Recommendation has been

18   filed.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local

19   Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

20          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

21   memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

22   and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

23   (#41) entered on December 8, 2011, should be adopted and accepted.

24          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#41)

25   _____

26          [1]Refers to court's docket number.

1  entered on December 8, 2011, is adopted and accepted, and Plaintiff's Motion for Preliminary

2  Injunction (#16) is DENIED.

3          IT IS SO ORDERED.

4          DATED this 6th day of January, 2012.

5

6

7          _____

8          LARRY R. HICKS
           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                        2