UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOHN COLWELL, ) | |
| ) | |
| Plaintiff, ) | 3:10-cv-00669-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| ROBERT BANNISTER, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#46[1]) entered on February 13, 2012, recommending granting Defendants' Motion for Summary Judgment (#33) filed on September 12, 2011. Plaintiff filed his Objection to Magistrate Judge's Report and Recommendation (#47) on March 12, 2012, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#48) on March 14, 2012. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court

---

[1] Refers to court's docket number.

determines that the Magistrate Judge's Report and Recommendation (#46) entered on February 13, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#46) entered on February 13, 2012, is adopted and accepted, and Defendants' Motion for Summary Judgment (#33) is GRANTED.

IT IS SO ORDERED.

DATED this 20th day of March, 2012.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE