# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOHN COLWELL, | Case no. 3:10-cv-00669-LRH-(WGC) |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT BANNISTER and HOWARD SKOLNIK, | |
| Defendants. | |

On November 14, 2014, this court entered its Order on Mandate (#65[1]), which included notice of the death of plaintiff John Colwell and requested substitution by a proper party to pursue plaintiff's claims within one hundred twenty (120) days. To date, no person has filed a motion for substitution.

Pursuant to Federal Rule of Civil Procedure 25(a)(1), this court shall dismiss this action.

IT IS HEREBY ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

DATED this 13th day of June, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.