

UNITED ST[ATES DISTRICT COURT]

DIST[RICT OF NEVADA]

JOHN COLWELL,

        Plaintiff,

vs.

ROBERT BANNISTER and
HOWARD SKOLNIK,

        Defendants.

On November 14, 2014, this court [received]

notice of the death of plaintiff John Colwe[ll...]

pursue plaintiff's claims within one hundre[d...]

motion for substitution.

Pursuant to Federal Rule of Civil P[rocedure...]

IT IS HEREBY ORDERED that thi[s...]

IT IS SO ORDERED.

DATED this 13th day of June, 2015[.]

[1] Refers to the court's docketing num[bers...]